UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
: 
CARLTON KNOWLES, *on behalf of himself and all* :
*others similarly situated*, :
:
                        Plaintiff, :         26-CV-02370 (JAV) (KHP)
:
    -v- :              ORDER
:
CAPITAL CITY, LLC, :
:
                   Defendant. :
                                  X

-------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: April 13, 2026
      New York, New York            _____
                               JEANNETTE A. VARGAS
                               United States District Judge