USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___06/15/2026

## GOTTLIEB & ASSOCIATES PLLC
### ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

June 15, 2026

**VIA ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> **APPLICATION GRANTED:** The Initial Conference set for 6/23/2026 at 12:30 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Monday, August 10, 2026, at 12:00 p.m.**
>
> **APPLICATION GRANTED**
>
> *Katharine H Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
> **06/15/2026**

Re:    *Knowles v. Capital City, LLC*
Case No.: 1:26-cv-2370

Dear Judge Parker,

We represent Plaintiff in the above-referenced matter. We write respectfully to request a 45-day adjournment of the Initial Pretrial Conference currently scheduled for June 23, 2026 at 12:30 p.m.

Plaintiff has conferred with counsel for Defendant, and the parties agree that a brief adjournment would be helpful to allow them to discuss a potential resolution of this matter before the conference. This is Plaintiff's first request for an adjournment of the Initial Pretrial Conference. No prior deadlines would be affected by this request.

Accordingly, Plaintiff respectfully requests that the Initial Pretrial Conference be adjourned for approximately 45 days, or to such other date as is convenient for the Court.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC
*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.