HINSHAW

HINSHAW & CULBERTSON LLP
Attorneys at Law
800 Third Avenue
13th Floor
New York, NY 10022

212-471-6228 (office)
212-935-1166 (fax)
www.hinshawlaw.com

Concepcion Montoya
cmontoya@hinshawlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/05/2026

August 4, 2026

**APPLICATION GRANTED:** The Initial Conference set for Monday, August 10, 2026, at 12:00 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Monday, November 2, 2026 at 12:00 p.m.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
08/05/2026

**VIA ECF**
The Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, New York 10007

**Re: Carlton Knowles v. Capital City, LLC**
**Docket Number: 26-cv-02370 (JAV) (KHP)**

Dear Judge Parker:

Our firm represents Defendant Capital City, LLC ("Defendant" or "Capital City") in the above-referenced matter. Defendant respectfully requests that the Court adjourn *sine die* the Initial Case Management Conference currently scheduled for August 10, 2026. This is Defendant's first request for an adjournment of the conference. Plaintiff consents to this request.

On July 27, 2026, Defendant filed a motion to dismiss the Complaint in its entirety. *See* ECF No. 15. Following the filing of the motion, the Court directed Plaintiff to either file an amended complaint or proceed with an opposition, and provided the parties a briefing schedule. *See id*. The parties have conferred regarding the status of the case and agree that it would be most efficient to hold the Initial Case Management Conference in abeyance pending resolution of the motion to dismiss, as the Court's ruling may significantly narrow or dispose of the claims at issue and affect the scope of any necessary discovery.

Defendant, with Plaintiff's consent, further requests that any deadlines related to initial disclosures, discovery, or other pretrial obligations likewise be adjourned pending the Court's determination of the motion.

We thank the Court for it's consideration of this request.

Respectfully submitted,

*/s/ Concepcion A. Montoya*
Concepcion A. Montoya

cc: Jeffrey M. Gottlieb, Esq. (via ECF)
*Attorneys for Plaintiff*
Gottlieb & Associates
150 E. 18th Street Suite PHR

New York, NY 10003
(212)-228-9795
Jeffrey@Gottlieb.legal