USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/18/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

CARLTON KNOWLES,

Plaintiff,

-against-

CAPITAL CITY, LLC.,

Defendant.

----------------------------------------------------------------X

**26-CV-2370 (JAV) (KHP)**

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on September 17, 2026 (doc. no 20) the Initial Case Management Conference currently scheduled for **November 2, 2026** is hereby adjourned *sine die*.

**SO ORDERED.**

DATED: New York, New York
September 18, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge